IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JONES, | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP and | : | |
| LESLIE WHITE, | : | |
| *Defendants.* | : | NO. 24-5521 |

## ORDER

AND NOW, this **4th** day of **February 2025**, upon consideration of Plaintiff's Motion to Remand (ECF No. 15) and Defendants' Response in Opposition (ECF No. 16), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion (ECF No. 15) is **GRANTED** and this case is **REMANDED** to the Court of Common Pleas for Philadelphia County.

The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**